# Johnson *v*. The State.

### *Murder.*

(Decided Dec. 21, 1905  40 So. Rep. 86.)

APPEAL from Chilton Circuit Court.
Heard before Hon. S. L. BREWER.

J. F. STALLINGS, SMITH & MIDDLETON and  M.  W. ADAMS, for appellant.

MASSEY WILSON, Attorney General for the State.

Affirmed.

Opinion by HARALSON, J.

TYSON, SIMPSON and ANDERSON, JJ., concur.

---

# Gadsden Grocery & Feed Co. *v*. McMahan.

### *Assumpsit.*

(Decided Jan. 17, 1906, 40 So. Rep. 87.)

APPEAL from Gadsden City Court.
Heard before Hou. JOHN H. DISQUE.

HOOD & MURPHREE, for appellant.

GEORGE D. MOTLEY, for appellee.

Affirmed.

Opinion by DOWDELL, J.

TYSON, SIMPSON and DENSON, JJ., concur.

---

# Savannah Rail & Equipment Co. *v*. M. Sabel & Son.

### *Assumpsit.*

(Decided Jan. 9, 1906, 40 So. Rep. 88.)

APPEAL from Montgomery City Court.
Heard before Hon. A. D. SAYRE.

BLACKWELL & AGEE and W. L. MARTIN, for appellant.

STEINER, CRUM & WEIL, for appellee.

Affirmed.

Opinion by SIMPSON, J.

TYSON, ANDERSON and DENSON, JJ., concur.